The Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ22-041 |
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | 18 U.S.C. §§ 2422(b) and 2423(a) |
| ISAAC SHORACK, | |
| Defendant. | |

BEFORE the Honorable Mary Alice Theiler, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

## COUNT ONE

### (Attempted Enticement of a Minor)

Between in or about January 28, 2022, and continuing through February 2, 2022, in King County, within the Western District of Washington, and elsewhere, ISAAC SHORACK used a facility and means of interstate and foreign commerce – to wit, the Internet and a cellular telephone – to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense – to wit, prostitution.

All in violation of Title 18, United States Code, Section 2422(b).

Complaint- 1
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT ONE

### (Attempted Transportation of a Minor with Intent to Engage in Prostitution)

Between in or about January 28, 2022, and continuing through February 2, 2020, in King County, within the Western District of Washington, and elsewhere, ISAAC SHORACK did attempt to transport a minor female from Colorado to Washington State, with the intent that the minor female engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

And the complainant states that this Complaint is based on the following information:

I, Robert Spivey, being first duly sworn on oath, depose and say:

## INTRODUCTION

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since 2009.  I am currently assigned to Seattle Division's Violent Crimes Against Children (VCAC) squad, where I am responsible for conducting sex trafficking investigations, as well as other child exploitation investigations.  In addition to investigating human trafficking, I have investigated violent crime matters, complex financial crimes, and cyber intrusions.  I have participated in all aspects of child exploitation and human trafficking investigations, including surveillance, suspect interviews, executing arrest and search warrants, and reviewing digital forensic evidence.

2.      I have received both specialized training and on-the-job training in the areas of sex trafficking, the commercial sexual exploitation of children (CSEC), pimping, and prostitution.  I have received training, and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures.  As a Special Agent, I have served as the affiant on previous search warrants, complaints, court orders, and arrest warrants.

Complaint- 2
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3.      Assisting in this investigation is online undercover Task Force Officer (TFO) Craig Tangeman.  TFO Tangeman has served as a TFO with the FBI's Child Exploitation and Human Trafficking Task Force in Denver, Colorado since January 2016.  TFO Tangeman is responsible for investigating cases involving human trafficking for the purpose of sexual servitude.  TFO Tangeman is also an Investigator with the Arapahoe County Sheriff's Office and has been employed in the law enforcement profession for over 22 years.  TFO Tangeman has received training in the areas of domestic and international sex trafficking, the commercial sexual exploitation of children, pimping, prostitution, and sexual assault investigations.  TFO Tangeman has been the lead investigator in over fifty human trafficking investigations and has assisted in over one hundred additional human trafficking and prostitution-related investigations.

4.      The facts set forth in this Complaint are based on my investigation, along with investigation by other law enforcement officers, conversations with law enforcement officers, and review of law enforcement documents.  It also does not purport to state every fact known to law enforcement, but rather only those facts I believe necessary to establish probable cause to conclude that ISAAC SHORACK committed the offenses charged in this Complaint.  As further detailed below, based on my investigation, I submit there is probable cause to believe that Defendant Isaac Shorack committed the offense of attempted enticement of a minor and attempted transportation of a minor for the purpose of prostitution.

## SUMMARY OF THE INVESTIGATION

### A.      Background of Investigation

5.      On November 15, 2021, the FBI received a tip from the National Human Trafficking Hotline about potential minor sex trafficking in Seattle, Washington.  The information was submitted by a relative of a suspected minor sex trafficking victim with the initials L.P. (hereinafter referred to as L.P).  According the reporting person, L.P. had been forced for approximately three weeks to engage in sex acts in exchange for shelter and unspecified illicit substances by an unidentified adult male trafficker who resides on a

Complaint- 3
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  boat in Bellingham, Washington.  The reporting person further stated that the unidentified

2  male trafficker had taken L.P. to Seattle and introduced her to a different adult male

3  trafficker and two potential minor victims, subsequently identified as M.L. and T.M.  The

4  reporting person stated that L.P. had told her that she (L.P.) was making $1,500 a day, but

5  did not say how she was making the money.  L.P. also told the reporting person that she,

6  M.L., and T.M. had been evicted from a home in Seattle due to high foot traffic.

7       6.       On November 15, 2021, Supervisory Special Agent Steven Vienneau was in

8  telephonic and e-mail contact with the reporting person.  The reporting person stated that

9  the Seattle-based trafficker had provided L.P. with an iPhone (number 360-255-1443) to

10  use, as well as set up a bank account for L.P., M.L., and T.M. to use.   The reporting person

11  stated that the three minors were "working" a corner in Shoreline, Washington, each day

12  starting at approximately 3:00 or 4:00 p.m. and did prostitution "dates" at the Nexus Hotel

13  in north Seattle.  The reporting person further stated that the minors had been in room 125

14  at the hotel from approximately August 30 to September 4th or 5th, before moving to an

15  apartment.  The reporting person provided several photos of L.P. and the other minors

16  (M.L. and T.M.) from L.P.'s social media account.  One of the photos showed two horses

17  and the comment: "Ready to ride some horses."  The photo was tagged with the location

18  "BACK COUNTRY HORSE RIDES – Long Beach, WA." The reporting party e-mailed

19  that L.P. had been at a ranch in Long Beach, Washington, until November 16, 2021, and

20  had been "in a Lamborghini."   The reporting party further described minor M.L. as a

21  sixteen-year-old white female with blonde hair, blue eyes, approximately five feet three

22  inches tall and a thin build.

23       7.       Upon receiving this information, the FBI contacted the Long Beach Police

24  Department (LBPD), who directed officers to respond to the Back Country Horse Rides

25  ranch to recover L.P., M.L., and T.M. or confirm that they had been there.  On November

26  16, 2022, when the officers arrived, the minors were no longer there, but the ranch

27  manager, B.H., recalled having seen them after being shown pictures of the minors.  B.H.

28  provided LBPD officers with a signed liability waiver that included the names and

Complaint- 4
*United States v. Shorack* / 2021R01344

1  signatures of individuals who had ridden horses at the ranch on November 13, 2021.  The

2  signatures on the waiver included Defendant Isaac Shorack, L.P., M.L., and T.M.

3         8.  B.H. was subsequently interviewed by FBI special agents on January 12,

4  2022.  During that interview, B.H. stated that he recalled that the three girls were with two

5  black males.  He stated that both of the males were tall, skinny, and in their early twenties.

6  He further said that one of the males appeared to be in charge and did most of the talking

7  and was "charismatic.  He said that the other male was quiet.  B.H. stated that the group

8  was from Seattle.  He thought that they arrived in a "flashy" car, but he could not recall

9  anything specific.  B.H. stated that none of the girls appeared scared and they all had big

10  smiles on their faces.

11         9.  During a follow-up interview on January 13, 2022, B.H. was with J.B., a

12  wrangler who helped him the day the girls were at the ranch.  B.H. stated that J.B. had

13  interacted with the group more than he had.  B.H. told law enforcement that he recalled

14  there were four girls and only one black male in the group, and that they drove a silver or

15  dark silver Suburban.

16  **B.**   **November 18, 2021 Recovery of L.P. and T.M. and Consent Search of Their**
       **Cell Phones**
17

18         10.  On November 18, 2021, L.P. and T.M. were contacted by Seattle Police

19  Department (SPD) detectives in a prostitution sting.  SPD detectives confirmed that both

20  L.P. and T.M. were minors.  FBI Special Agent Hippe and Supervisory Special Agent

21  Vienneau responded to the police station and contacted L.P. and T.M, who consented to a

22  search of their cell phones.  SA Hippe conducted a forensic extraction of the two phones,

23  which I subsequently reviewed.

24         11.  Consistent with the information provided by the reporting person, L.P.'s cell

25  phone was an iPhone with phone number 360-255-1443. T.M.'s phone was an iPhone with

26  phone number 206-747-1231.  During a review of the phone extraction of L.P.'s phone, I

27  observed a group chat that included the following participants: (1) phone number 206-696-

28  4026, which was not a saved contact in L.P.'s phone but was saved under the contact name

Complaint- 5
*United States v. Shorack* / 2021R01344

1  "Ike" in T.M.'s phone; (2) a phone number saved under the contact name "Jae"; (3) a
2  phone number saved as a name associated with M.L.; (4) an iCloud account associated
3  with L.P.; (5) a phone number saved as a name associated with T.M., which was the same
4  number as the phone that T.M. gave the FBI consent to search (206-747-1231); (6) a phone
5  number saved as "B"; and (7) a phone number saved under the contact name "Kelsie."  The
6  chat began on September 8, 2021, and ended November 18, 2021, the date L.P. and T.M.
7  were recovered by law enforcement.   As set forth in greater detail below, the texts in the
8  group chat indicated that "Ike" was a pimp and that L.P., T.M., M.L., "Jae," "B" and
9  "Kelsie" were engaging in commercial sex acts in the north Seattle area at "Ike's" behest.
10  L.P., T.M., M.L., and "B" appear to be actively engaged in commercial sex acts for "Ike"
11  during this entire period, while "Jae" and "Kelsie" are active for only parts of this period.

12       12.     The following text messages sent by Ike indicate that he was a pimp/sex
13  trafficker directing the others in the group chat (hereinafter referred to collectively as "the
14  victims") to engage in commercial sex acts:

15  • On September 12, 2021 Ike messaged, "Let's use this group chat for blade work
16      purposes only."  I know through training and experience that the term "blade" refers
        to an area of open air prostitution.  I am further aware that north Aurora Avenue in
17      Seattle is often referred to as "the blade," and that prostitution is very common
18      along this stretch of road.

19  • In numerous messages, the victims and Ike refer to "dates" and "tricks."  I know
20      through training and experience that in this context, these terms refer to sex buyers.

21  • On September 10, 2021, Ike messaged: "[M.L.] and [T.M.] Trap out the room J &
22      [L.P.] trap out the room."  I know through training and experience that the word
        "trap" is often used by those engaged in the prostitution industry to refer to
23      engaging in commercial sex.
24
25  • On September 11, 2021, Ike messaged: "Reminder that we don't do nothing RAW!
        Nothing raw.  What so ever.  We always use condoms."  I know through training
26      and experience that "raw" refers to sex without a condom.  L.P. replied "I've been
        known that," and Ike responded "We'll then stop sucking dick raw."
27
28

Complaint- 6
*United States v. Shorack* / 2021R01344

- On October 2, 2021, Ike messaged, "I know the cops are out, keep hoeing around them. Walk the whole blade... even if you gotta go all the way to Key bank." I know through training and experience, "hoeing" refers to engaging in commercial sex.

- On October 19, 2021 Ike messaged, "Still disappointed no one on my team does anal," referring to anal sex. L.P. replied, "I do tf for the right price." M.L. messaged, "I did like 5 secs of anal today," and Ike replied, "Stop lying [M.L.]" "B" and T.M. respond that they will not do anal sex. Ike messages: "$500 is out anal price."

13.     Throughout the group chat Ike makes clear that his role in the organization is that of a pimp/trafficker.  On September 8, 2021, Ike messaged:

> Glad y'all having a good day off [heart emoji]
> Reminders:  We work hard play hard,
> I'm not a parent, & I'm not a boyfriend.
> I'm a P
> With that being said, turn up, have fun, but remember when it's time to go it's time to go.
> Tomorrow: [T.M.] will be there to get food for everyone in the morning
> We are 10 toes on the blade, by 2:30 p.m. Not a second later.
> We are sober enough to work and not be stupid
> We are focused.
> Whatever y'all do tonight, better not fuck up the room situations, & better not affect how we act tomorrow.
> Let's be respectful, professional, and locked in tomorrow [100 emoji]
> Big weekend ahead.  A lot of moving parts, communication will be key.
> I'm no longer tolerating, talk back, attitude, or disrespect.
> Y'all know my expectations
> Thank you, have a good night.
> Let me know if you need anything.

I know through training and experience that traffickers often use the letter "P" and/or images of "P" to mean pimp or to refer to themselves as a pimp.  In addition, based upon this training and experience, I interpreted Ike's instruction to have "10 toes on the blade, by

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    2:30 p.m. Not a second later" to mean that he expected the victims to be ready to walk the

2    street in order to engage in commercial sex at that time.

3        14.      Throughout the chat Ike directs victims with regards to when to report to "the

4    blade;" where to stand on "the blade;" where to engage in commercial sex encounters,

5    including cars and their rooms; how much to charge for commercial sex encounters, often

6    referring to them as "dates;" how to respond if contacted by law enforcement; how to act

7    with sex buyers, often referring to them as "tricks;" and how to act around other pimps,

8    often using the terms "in pocket" and "out of pocket." I know through training and

9    experience that "in pocket" in the pimping/prostitution culture refers to a victim being

10    under a pimp's control and following his instruction.

11        15.      On September 25, 2021, Ike messaged the group chat: "I'll be posted around

12    the hotel & timing dates. In and out today No excuse." Ike went on to say: "We're down

13    until I feel like they're ain't no more tricks to be got. Pace yourself, be patient with

14    yourself! Use lube. Stick to your timers. Only contact me for P's out of line sweating

15    you, emergency's with weird tricks, or if you feel like the Feds are on you. Other than that,

16    have your phones on, listen for my instruction & reply in a timely manner." Based upon

17    my training and experience, I interpreted this message to mean that Ike was instructing his

18    victims that they were to remain on the street until he determined that they were unlikely to

19    engage with any other sex buyers, and to follow time limits for each "date." I also

20    interpreted Ike to be emphasizing that the victims were only to contact him if another pimp

21    attempted to recruit them, if they had a "weird" sex buyer, or if they believed law

22    enforcement was present.

23        16.      After sending that message, Ike sent the following text:

24           If any bitch feels like arguing with me today! Pack your shit and go home
25           I give such clear instructions... that there should be no reason that I ! Have to
              clarify myself to y'all.
26           It should be "yes sir" or "I got you"
27           End of story.
              If you have a question about the instruction . . . I can answer.

28

Complaint- 8
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  But I'm tired of saying something, and then someone chiming in their
2  opinion of what they think.  I DIDNT ASK!

3   17.   On October 1, 2021, Ike messaged: "If anyone asks you about IKE, it's none
4  on there business.  The answer is 'I got folks' 'I'm happier than ever.'"  I know through
5  training and experience that "folks" is used in the pimping and prostitution culture to refer
6  to pimps and the sex workers under their control.  Based upon this same training and
7  experience, I interpreted this message to be Ike telling his victims not to provide any
8  information about him if asked, but to simply state that they had a pimp "family" and were
9  happy.

10   18.   On numerous occasions the messages indicated that Ike used physical
11  violence to control his victims.  On October 1, 2021, Ike messaged, "B got her ass beat
12  bad.  If I were y'all Id text her something sweet about how you appreciate her & look to
13  her like and older sister and hope to see her tomorrow."  Then Ike messaged, "And say that
14  you all have experienced my discipline."  I interpreted this text message to mean that Ike
15  was informing his other victims that he had beat up "B," and that the other victims should
16  reach out to "B" and say that they had also been beaten up by Ike in the past.

17   19.   On October 10, 2021, Ike messaged:

18  This week was not a good week...if I had to Grade it I would give it a D-
    I think what scares me the most is we like to act like we are oblivious as to
19  why we are getting a poor Grade...that!  Or we just like to play dumb
20
    This week left me with a lot of doubt!
21  I'm starting to question myself.
    Is my pimpn getting to soft?
22  Did I get them an apartment to quick?
23  Are they mentally strong enough to make it through the rain?
    Are they committed to me as much as I'm committed to them?
24  Am I waisting my time?
    Do they belong on the team?  Or do I scrap it all and restart...
25
26  And Y'all should take pride in your hoein!  Take pride in representing IKE
27  TURNHER
28

Complaint- 9
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

20.     I interpreted this message as Ike expressing frustration with his victims for not earning him enough money, and that he was questioning whether he was being too "soft" with his victims and whether he should "restart with others." Ike also refers to himself as "IKE TURNHER" in this message. I am aware that many pimps/traffickers use a street/pimp name to refer to themselves. I also am aware that the phrase "turn her" is often used by pimps to describe recruiting a victim to engage in commercial sex for them, and that Ike Turner was a musician who is well known for his extreme physical abuse of his wife, singer Tina Turner.

21.     On October 17, 2021, Ike messaged: "Everything for the first time in my pimp career is completely set up for you guys to achieve nothing but success . . ." Ike then messaged the group about recruiting others to work for him:

> If y'all ever meet a bitch you want to knock, or a friend you think of who wants to join  the team.
>
> Y'all can show them these pics as a means to show that I'm a real P who ain't getto and a bumb.
>
> Not saying we're knocking anyone!!  But when the time comes to grow.
>
> Use theses
>
>> -never use my real name
>>
>> -never show my real ID
>>
>> -and never Imply much about your situation
>
> Other than your elevating and they should come home this way and touch some real money with som real pimpin

I am aware that the term "knock" is used by those in the pimping/prostitution culture to refer to recruiting a victim to work for a pimp.

22.     Accompanying this text message were three pictures of a black male. One picture is of a black male leaning against a black car with yellow trim on the front bumper that appears to be the Dodge Charger with yellow trim on the bumper, further described below. A graphic of a black male wearing a crown was placed over the male's face. I know through training and experience that crowns are used in the pimping/prostitution

1  culture to represent pimps. The second photo shows a black male with the same graphic

2  covering his face in a hot tub, while the third photo shows a black male in a suit. Law

3  enforcement subsequently located identical photographs of Defendant Shorack, without the

4  graphic covering his face, on social media accounts associated with Shorack.  I interpreted

5  this text message and photos to be "Ike" trying to encourage his victims to recruit other

6  victims to work for him by portraying him as a successful pimp.

7          23.     On October 24, 2021, Ike sent another message encouraging his victims to

8  find someone vulnerable to exploitation to work for him:

9          Snap, Instagram, old phone number…
           Who can we knock?  Whos broke?
10         Who's down bad, or has willing potential to be a hoe . . .

11
           Y'all can't tell me in this whole world . . . that none of any of the people we
12         know aren't good candidates.

13
           We gotta search deep, and see who we can knock.  We don't sell a dream &
14         we don't lie.  We just keep it real & tell them the truth & the benefits we

15         have experienced ourselves.

16
   Ike then gave his victims a script to follow if someone was interested and wanted to know
17
   more about pimping for him.
18
           The question "sooo what is it like?"
19         "So what should I know about it?
           Here's a template to answer:
20         So Aurora is what we call the blade, It's in North Seattle.  It's a coo little
21         road where there's hella traffic and motels.
           Hella hoes be out there making crazy good money.
22         A hoe mentality is a girl that don't want to work a 9-5, wants Financial
23         freedom. With the ability to live in a nice spot, drive nice cars!  And best of
           all travel.
24         Essentially how it starts, is you choose up.  Choosing up is when you choose
25         a Pimp.
           Many girls ask why you need a pimp . . .
26         They get bad rep from society. . . but a P is a necessity in this game, & to put
27         you on game, teach you the ins and outs of how to get your money up, &
           protection.
28

Complaint- 11
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

We have one of the best and most well known P's not just in Seattle.  But all over.

He's a young real estate agent who really who really believes in this lifestyle.

A p job is motivate and elevate the girls he works with.  Ike has 5 & is growing rapidly.

Essentially if you started working, you would work with me and some of the other girls.  We would ease you into it & teach you

Everyone got there own thought on it, but those that commit to the game run up a check!

But I make what I made off 40 hour weeks in 1 day.

I make like 2k a day.  Sounded scary at first but it's a crazy fun lifestyle.

## C.   Identification of "Ike" as Defendant Isaac Shorack

24.   Public source information for the number associated with "Ike" (206-696-4026) showed it was associated with Defendant Isaac Shorack.  As noted above, Shorack's name and signature was on the liability waiver for Long Beach Horse Rides, Inc., indicating that he had been at the ranch the same day as L.P., M.L., and T.M.  Upon learning this information, SA Hippe and I obtained Shorack's driver license information and photograph, vehicle registration, and criminal history, which included an arrest on June 10, 2021, by the Seattle Police Department (SPD) for promoting prostitution.  On January 18, 2022, I obtained the SPD reports pertaining to the arrest and saw that Shorack's phone number was listed in the report as 206-696-4026.

25.   While reviewing the group chat described above, I observed the following evidence that further indicated that Defendant Isaac Shorack was the individual using phone number 206-696-4026 and identified in T.M.'s phone as "Ike":

- On September 11, 2021, Ike/206-696-4026 sent the group chat a screen capture of a reservation for "Isaac Shorack" on Alaska flight 1017 from Minneapolis to Seattle, along with the message "See y'all at 10:06 tomorrow," which was the scheduled arrival time for the flight.

- On September 12, 2021, Ike/206-696-4026 messaged a picture of a black Dodge Charger, Daytona edition, with yellow trim on the front bumper, captioned "Daddy's new whip."  I know through training and experience that "Daddy" is a term used in the pimping and prostitution culture to refer to a pimp and sex trafficking victims often refer to their pimps as Daddy.  Based upon a sign that was

Complaint- 12
United States v. Shorack / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

partially visible, the picture appeared to have been taken at a Jeep Ram dealership. I observed the businesses Gerber Collision & Glass and Indo Café across the street from the dealership in the photograph. I searched online and located Chrysler Dodge Jeep Ram of Seattle, with the address 13733 Aurora Avenue North in Seattle. Across Aurora Avenue are the businesses Indo Café and Gerber Collision & Glass.

- On September 13, 2021, Ike/206-696-4026 messaged, "Good luck looking for a white jeep." I am aware from SPD police records that Shorack was contacted in a white Jeep when he was arrested in June 2021 for attempting to recruit an undercover police officer to prostitute.

- On September 17, 2021, Ike/206-696-4026 sent a message to the group chat stating that the victims could show reviews from his clients to anyone who claimed he (Ike) did not actually sell real estate. He sent two screen captures of what appears to be an Instagram account "shorack_properties" that included several reviews addressed to Isaac. "Isaac Shorack" appears under the profile picture, along with "Seattle Real Estate Agent @sothebyrealty." I compared the profile picture with Shorack's DMV photograph, and they appear to be the same person.

- On October 8, 2021, Ike/206-696-4026 messaged the group a screen shot of an Amazon order along with the message, "Hand, feet & toe warmers en route." The order showed that the items were being shipped to Isaac Shorack at an address in North Seattle.

- On October 12, 2021, Ike/206-696-4026 messaged: "These P's could never actually have a car in their name! With the registration in the glove compartment," along with a picture of the front of a black car with yellow trim that appears to be the above-described Dodge Charger. The license plate is blurry, but appears to read CAP0196. I am aware through Washington State Department of Licensing records that Shorack is the registered owner of a 2021 Dodge Charger with license plate CAP0196. The title of the Dodge Charger was transferred to Shorack on October 13, 2021.

- On October 19, 2021, Ike/206-696-4026 messaged the group a picture of the back of a Bank of America card, number ending in 6635, in the name of "ISAAC K SHORACK." The messaged included, "For today. Put this in your phones for Uber. Remove the other ones you might have. Ask [T.M.] if you need help." [T.M.] replied with a screen shot that showed she tried to use the card for Uber and

received the following response: "This payment method is being used by too many Uber accounts. Please add a different one to continue." Ike/206-696-4026 replied to use a different card instead, sending a picture of the back of a different Bank of America card, number ending in 1773, in the name of "ISAAC K SHORACK." Ike/206-696-4026 messaged, "Everyone use this one, if there was ever a day to try your best to not Uber. Today is the day. And please text me before you request and Uber for every Uber today, so I can monitor it."

- On October 23, 2021, Ike/206-696-4026 messaged a screen capture showing negative COVID test results for "Isaac Kirabo Shorack, DOB XX/XX/1999."

**D.   Shorack's Collection and Handling of the Proceeds of His Victim's Commercial Sex Acts**

26.     SA Hippe subsequently served legal process on Bank of America and learned that two accounts were associated with Shorack: an account in the name of Isaac K. Shorack ending in 7185 (hereinafter "Account 7185") and an account in the name of Isaac K. Shorack ending in 0612 (hereinafter "Account 0612"). Shorack is the sole signer for both accounts.

27.     I reviewed the bank statements for these accounts during the time period of the group chat. In the group chat, Shorack often gave a daily total for how much the girls earned through commercial sex, sometimes praising them and sometimes disappointed by their efforts. I reviewed the bank statements and observed ATM deposits coinciding with the messages, including the following examples:

- On September 12, 2021, Shorack messaged the number "5,700" to the group chat and stated that he was proud of everyone, that "Last night was the team I've dreamed of and worked so hard to build" and "Patience, consistency, & loyalty are what pays off in this game." On the same day Shorack sent this text, $5,710 was deposited into Account 7185 via ATM at a Bank of America branch identified in the records as "AURORA NORTH SHORELINE WA," (hereinafter "the Aurora ATM").

- On September 19, 2021, Shorack messaged: "6,275 ON A SLOW NIGHT." Bank records show that on the same day, $6,275 was deposited at the Aurora ATM into Account 7185.

Complaint- 14
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 21, 2021, at 1:56 a.m., Shorack messaged "3,600." Bank records show that on that same day, $3,608 was deposited at the Aurora ATM into Account 7185.

- On September 24, 2021, Shorack messaged "Please have trap ready" and "Be there in 3 mins." He then messaged a photo of a Bank of America deposit in the amount of $6,335. Bank records show that on that same day, $6,335 was deposited at the Aurora ATM into Account 7185.

- On October 1, 2021, Shorack messaged "Good job working the blade tonight ladies. 7,800 on a Thursday is insane." Bank records show that on that same day, $7,854 was deposited at the Aurora ATM into Account 7185.

- On October 3, 2021, Shorack messaged to get the "trap" ready and that he had just pulled in. He then messaged "9075 as a team! Fantastic job ladies." Bank records show that on October 4, 2021, $9,075 was deposited at the Aurora ATM into Account 7185.

- On October 5, 2021, at 1:31 a.m., Shorack messaged "6,300 on a Monday." Bank records show that on October 6, 2021, $5,620 was deposited at the Aurora ATM into Account 7185.

- On October 13, 2021, Shorack messaged a picture of a Bank of America deposit in the amount of $1,240. He then sent a message indicating that he was not happy with this amount, stating "We giving it our best effort? Or we just half assing it." Bank records show that on that same date, $1,240 was deposited at a Bank of America ATM identified as "LAKE CITY SEATTLE WA" (hereinafter "the Lake City ATM") into Account 7185.

- On October 20, 2021, Shorack messaged a picture of a Bank of America deposit in the amount of $4,461. Bank records show that later that same day, $4,461 was deposited at the Aurora ATM into Account 7185.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**E.      Introduction of Fictitious Persona "Niki"**

28.      On January 28, 2022, I informed FBI Task Force Officer (TFO) Craig Tangemen of the Denver, Colorado Field Office that I was currently investigating a child sex trafficker who was suspected of pimping multiple girls in the Seattle area.

29.      Through training and experience, TFO Tangeman has learned that subjects who traffic and exploit others for the purpose of sexual servitude commonly use social media platforms on the internet to recruit and sexually exploit their victims.  One of those platforms is Instagram, a publicly accessible communications and social media website.  In an effort to combat the recruitment of women and children for the purpose of sexual exploitation via the Instagram platform, TFO Tangeman previously created the fictitious undercover (UC) persona "Niki" on Instagram (Niki303g).  When TFO Tangeman created the fictitious profile, he used several different photographs that he had received from a paid FBI female Confidential Human Source (CHS).  The photographs that were provided by the CHS were for the purpose of investigating sex buying and sex trafficking.  The CHS does not have any knowledge of this investigation.  The undercover Instagram account does not show what Niki's age is and is not visible to other Instagram users.  TFO Tangeman sent all of the Instagram messages and text messages described below from within the State and District of Colorado.

30.      On January 28, 2022, I advised TFO Tangeman that the subject's name was Isaac Shorack, and that evidence obtained from the forensic review of L.P. and T.M.'s phoen indicated that he was trafficking minors and attempting to recruit other victims into a life of prostitution where he would act as their pimp and take their earnings.  I also advised TFO Tangeman that Aurora Avenue is an area commonly referred to as "the blade" that is known for prostitution.  I told TFO Tangeman that Shorack is active on Instagram and that his account was under "iketurrnher."  I further advised that Shorack was the confirmed user of 206-696-4026, as described above.  I requested TFO Tangeman's assistance with investigating Shorack's potential online recruitment activities.

Complaint- 16
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

31.    On January 28, 2022, while acting in a covert capacity as Niki, TFO Tangeman used the "Niki303g" Instagram account to locate the "iketurrnher" Instagram account.  The "iketurrnher" Instagram account was private so TFO Tangeman requested permission to follow this user by clicking the "follow" button.

32.    On January 29, 2022, TFO Tangeman noticed that his request to follow "iketurrnher" was approved, at which point they were both following each other's accounts and communicating via the Instagram application.  Instagram is a social networking site that is typically accessed via the Instagram application once it is downloaded to a device capable of communicate via the internet.  Once the application is downloaded, the Instagram application allows its user to share images, post reels, and communicate via a message and video platform.

33.    After the user of "iketurrnher" allowed TFO Tangeman to follow his Instagram account, TFO Tangeman viewed the images, posts, and reels that the user had uploaded to the account.  The profile picture was of a black male wearing a blue suit.  On the profile page it indicated the user's name was "Ike" and contained the following information:



There were six images uploaded to the "iketurrnher" Instagram account.  All six images depict the same black male posing in the pictures.  Three of the images depict him in front of higher end vehicles and one of the images shows him fanning out money.  There were also two video reels uploaded to the account.  One depicted the same black male at a barbershop and the second depicted an unidentified person driving a Lamborghini with a

Complaint- 17
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  banner across it that stated "back home."  The black male was not seen in the reel depicting
2  the Lamborghini.

3          34.    I forwarded TFO Tangeman a copy of Shorack's Washington driver's license
4  and his photograph.  After comparing the driver's license photograph of Shorack to the
5  images of the male that were uploaded to the "Iketurrnher" Instagram account, TFO
6  Tangeman concluded that Shorack was the man pictured in the Instagram images.  The
7  images of Shorack that were uploaded to the "iketurrnher" Instagram account were done in
8  a manner that suggested Shorack was the user of the account.  Based on the information
9  provided by me to TFO Tangeman, and the images of Shorack that were uploaded to the
10  "iketurrnher" Instagram account, "ike" and the user of the "iketurrnher" Instagram account
11  will be hereinafter referred to as Shorack.

12          35.    On January, 29, 2022, TFO Tangeman, posing as "Niki," initiated
13  communication with Shorack by sending him the following message through the Instagram
14  messaging platform: "Ever been to Denver.  I feel like we've met b4."  Shorack replied
15  "Haven't been."  TFO Tangeman responded "oh . . . my bad."  Shorack then asked if TFO
16  Tangeman had ever been to Seattle.  TFO Tangeman told him that he had not, but that he
17  had heard it was pretty "dope" in Seattle.  Shorack replied, "Yah you should come check it
18  out.  I'd love to take you to dinner."  TFO Tangeman replied that if he was in Seattle, he
19  would be down with that.  Shorack asked, "how do we get you here?"  TFO Tangeman
20  replied that he didn't know but that would be "fire."  Shorack stated "Let's get you in a
21  flight" and then asked "You a 304."  Both TFO Tangeman and I are aware from training
22  and experience that the term "304" is used in the pimping/prostitution culture to mean
23  "hoe," since 304 turned upside down it spells, or is intended to mean, "hoe."  In the
24  pimping and prostitution culture, the word "hoe" is used as a derogatory term for a
25  commercial sex worker.

26          36.    TFO Tangeman replied to this message by asking, "304?'  TFO Tangeman
27  then sent Shorack the following message: "Oh . . . I just figured that out lol.  I've been
28  called worse . . . "  Shorack replied by saying he was confused and that "Its not a bad

Complaint- 18
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  thing." TFO Tangeman told Shorack that he didn't have anything going on in Denver and

2  asked what it was like out there (Seattle).  Shorack replied: "Seattle is incredible.  One of

3  the best blades in the country.  Cops don't bother no one; and if you fuck with the right

4  dude! You can really elevate."  TFO Tangeman replied: "like you.  Lol.  I wouldn't know

5  where to star doin that out there... never been there."

6      37.     TFO Tangeman and I are aware through training and experience that the

7  word "blade" in the pimping and prostitution culture refers to an open-air commercial sex

8  location, typically where commercial sex workers walk the streets to make contact with sex

9  buyers.  TFO Tangeman and I also know from training and experience that when sex

10  traffickers recruit victims through social media they often use the word "elevate" as a

11  coercive technique to make the victims they are recruiting believe they can do better in life,

12  or "elevate," if they work with them.  Shorack replied on January 30, 2022, at 12:30 a.m.

13  "Haha text me 206-696-4026."

14      38.     In response to this message, on January  30, TFO Tangeman switched from

15  messaging with Shorack on the Instagram platform to texting with him at 206-696-4026.

16  The undercover phone number TFO Tangeman used to communicate with Shorack was

17  720-310-3884.  Posing as "Niki," TFO Tangeman sent Shorack a text that stated "Hey its

18  Niki from IG."  After exchanging pleasantries, Shorack asked if TFO Tangeman lived in

19  Colorado.  TFO Tangeman replied by telling him," Yep . . . I do now."  Shorack told TFO

20  Tangeman his Instagram account looked like a spam account and then asked if TFO

21  Tangeman was a real person.  TFO Tangeman replied in the affirmative and then asked if

22  Shorack was real.  Shorack replied "I am! Haha.  Just Checking.  Because I'm tryna put

23  you on game."

24      39.     TFO Tangeman and I know from training and experience that in the pimping

25  and prostitution culture the word "game" is a reference to pimping and prostitution.  TFO

26  Tangeman replied by asking what exactly that meant and sent him an emoji depicting

27  money with a question mark.  Shorack replied, "Yeah."  TFO Tangeman replied by telling

28  Shorack, "Well im interested I aimt got shit goin for me here.  So???"  Shorack then asked,

Complaint- 19
*United States v. Shorack* / 2021R01344

1 │ "You wana fly out here & have conversation over brunch?" TFO Tangeman asked, "For
2 │ real?" Shorack stated, "Yuh" (positive for yes).

3 │     40.    On January 30, 2022, at 1408 hours, TFO Tangeman had a Confidential
4 │ Human Source (CHS) make a recorded call to Shorack at 206-696-4026. The CHS did not
5 │ have any knowledge of this investigation prior to making the call and was provided with
6 │ very basic information just so she could speak with Shorack in more detail about what his
7 │ intentions might be. All the calls made between the CHS and Shorack were recorded and
8 │ monitored by TFO Tangeman live.

9 │     41.    After several voice mails, text messages, and missed calls, Shorack called the
10 │ CHS in the early afternoon of January 30, 2022. The call was recorded and monitored by
11 │ TFO Tangeman in real time.   After exchanging pleasantries, Shorack asked the CHS how
12 │ she found his Instagram account.  The CHS replied she was looking for her friend Ike and
13 │ happened upon his page.  Shorack said he would love to meet the CHS and understood the
14 │ CHS did not have much going on in Colorado.  Shorack told the CHS there was a lot of
15 │ opportunity in Seattle from a business standpoint, stating that Seattle is the home to many
16 │ major corporations.  Shorack then clarified that he is not into "that" aspect of things
17 │ (referring to big corporations), but that Seattle as a city has a lot to offer.  Shorack told the
18 │ CHS he would love to learn more about her and would love to tell her about what he does
19 │ and how he has been able to help certain people make lots of money. The CHS replied she
20 │ would love to learn from him and that she did not have much going on in Colorado.

21 │     42.    The CHS told Shorack she was from California and was staying with friends
22 │ right now because her mother was in jail.  Shorack asked how old the CHS was and she
23 │ replied "I'm seventeen."  Shorack replied "okay," "right on, right on."  The CHS stated she
24 │ turned eighteen "pretty soon."  When Shorack asked "what's pretty soon?"  The CHS
25 │ replied "eleven months."  Shorack laughed and said the CHS just had a birthday.  Shorack
26 │ asked if the CHS had her "ID" (referring to identification) and asked if she would be able
27 │ to fly.  The CHS replied she has an identification as well as a few fake identifications.
28 │ Shorack replied "Oh wow" and "that's what's up."

Complaint- 20
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

43.     When Shorack asked what brought the CHS to Colorado, she replied that she had moved there to live with her uncle after her mother went to jail.  When she arrived in Colorado, however, he and his wife were having problem and it was awkward to live with them.  The CHS stated that she had friends as well as an on again/off again boyfriend, but that he was not a very good person.   Shorack replied that was usually how it went with on again/off again boyfriends.

44.     Shorack then explained that he had to protect himself and was not going to tell the CHS everything about him.  He said that he was trying to be smart because he doesn't know the CHS and she could be anyone.  Shorack stated that at same time, the CHS has a lot of what he is looking for and that he thinks Shorack has a lot of what the CHS is looking for.  Shorack stated it would be a leap of faith on both their ends, as well as a big financial investment for him, if he bought her a plane ticket to Seattle.  Shorack advised that he "didn't expect anything back" with regards to paying for the plane ticket, since he makes plenty of money and the price of the ticket "is nothing."  Shorack then asked "hypothetically" what the CHS would think if he wanted to fly her to Seattle in the next few days.  The CHS replied that while she doesn't have anything going on in Colorado, she would want to make sure she was safe because she does not know Shorack. Shorack responded that he had asked her a trick question and that her answer was exactly what he wanted to hear.   Shorack said that he would have been more hesitant if the CHS wanted to book the ticket right away and that her answer told him that she is smart and is a real person.  Shorack listed some safety precautions he could take to make her feel more comfortable, and stated that in person he is a lot more fun and outspoken and "I get money out here."

45.     The CHS replied that she was "down," but wanted to know about safety and precautionary stuff, including who would pick her up and where she would be staying. Shorack replied that either he would pick her up at the airport or he would send an Uber, whatever made her more comfortable.  He also said that he could put her up at the Hyatt Regency downtown.  Shorack said that he had a few girls out "here" (Seattle) and that he

1 could send her their information so they could learn about him from a female's standpoint.
2 Shorack stated he was not rushing this, but the CHS said she didn't have anything going on
3 in Colorado, and the sooner he could get her out here the better.

4    46.    The CHS asked whether she would get a job once she got to Seattle. Shorack
5 replied that it was up to the CHS, and that he wanted to get her to Seattle so he could meet
6 her in person and talk about what he sees her doing. When CHS asked what kind of
7 opportunities he was talking about, Shorack responded that he has all type of opportunities
8 and said that he is connected to strip clubs and businesses, as well as drug dealers and gang
9 bangers, and that he is also a real estate agent and is connected to real estate companies.
10 Shorack told the CHS that after the call he was going to give the CHS's Instagram to a few
11 girls that he knows so the CHS could talk to them about their experiences. From there, the
12 CHS could decide whether or not she was interested.

13    47.    When the CHS asked what kind of money she could make, Shorack chuckled
14 and replied that "the ones that fuck with me" make anywhere from a "band to two bands" a
15 day, and that he netted about $90,000 per month. I am aware through my training and
16 experience that "band" is a slang/street term for $1,000. Shorack also said that he was
17 driving a Lamborghini while he was talking to the CHS. Shorack stated that for his
18 "protection" he was going to have one of his girls talk to the CHS about what they do
19 because it would be a little better and less suspect, and that he was protecting himself and
20 protecting the CHS. Shorack told the CHS that he had thought she was a cop at first, but
21 that after talking to her he realized she was a city girl.

22    48.    Shorack said that he was going to have his girl "Snow" follow the CHS on
23 Instagram, and that the CHS should message Snow. Shorack told the CHS that last
24 Saturday, he had "blindly" flown a girl from Oakland to Seattle to be a part of what he is
25 doing. He said that this girl is very happy and that "seven of us" were going to be going to
26 a fancy steak restaurant tonight – two new girls and four who have been around a long
27 time. Shorack said that in addition to "Snow," L.P., T.M., and M.L. might connect with
28 her via Instagram as well.

Complaint- 22
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

49.     After the call, TFO Tangeman checked the Niki303g IG account and noticed that she had new follow requests from five Instagram accounts, including one in the name "liltrapstar_snow" and one with the same name as T.M.  TFO Tangeman then messaged Shorack and asked if "Snow" was the only one of his girls who had asked to follow her, since she had a few other new Instagram follow requests.  Shorack replied "Nah that's all of them;)."  TFO Tangeman then viewed the images and video clips of Snow that were uploaded to the "liltrapstar_snow" (Snow) IG account.  The images and video clips were of a white female.  In one of the images Snow is posing in underwear for the picture.  The "liltrapstar_snow" account indicated she was being followed by several IG users to include "iketurrnher" and the account with the same name as T.M.

50.     On January 30, 2022 at 1446 hours, "Snow" sent a message to "Niki" from the "liltrapstar_snow" Instagram Account that stated, "You pretty!"  TFO Tangeman replied by saying "Snow" was gorgeous and that he didn't know if he was good enough for this.  Snow replied by asking, "This?"  TFO Tangeman replied, "Uhm . . well I had an idea but he told me to talk to you and u would explain."  Snow then asked, "You ever heard of the term 304."  TFO Tangeman replied, "Lol hoe rt?" (meaning: "laughing out loud hoe right?").  Snow replied:

> Haha yuh.  304 is a girl that walks the blade, Blade is a street called auroa where 304's aka hoes.  Lol sell 💦 [an emoji that I am aware is often used in the pimping/prostitution culture to refer to sex acts that result in orgasm] 🍑 [an emoji that I am aware is often used in the pimping/prostitution culture to refer to anal sex].  Everyone got there own thoughts on it, but those that commit to the game run up a check! (eye and money emojis). I used to dance, but I gave it up because the money better.  I make 2k a day.  Sounded scary at first but it's a crazy fun lifestyle.  Travel, drive nice cars, have anything I want.  Work on my own time type shit.  You can also post adds on the net and do escort type shit (followed by the "100" emoji)."
>
> So Auroa is what we call the blade.  It's in North Seattle.  It's a coo little road where there's hella traffic and motels.  A hoe mentality is a girl that don't want to work a 9-5, wants Financial freedom.  With the ability to live in a nice spot, drive nice cars! And best of all travel."

1   I am aware that language used by "Snow" in the above-described texts is similar to the

2   recruiting language Shorack had suggested to his victims in the group chat found in L.P.'s

3   phone.

4          51.    TFO Tangeman replied that "I kinda figured that what this was about. I get

5   hit up all the time in my dm's by pimps. I down but my only concern is being g safe!!!!!!"

6   Is it true you bring in a rack a day cause that's what he was telling." Snow responded that

7   "We're very safe." Snow then sent five video clips and two images. One image was of a

8   large amount of cash spread out on a table and the other was of a female's hand holding

9   keys while inside an apartment. The first four videos showed large amounts of cash spread

10  out. The fifth video clip was of a higher end white Mercedes that had an "EBA" Auto

11  Broker plate on the front. A Google search indicated "EBA" stands for Elliott Bay Auto

12  Brokers, which is located on North Aurora Avenue. The last video clip was of a black

13  designer YSL (Yves Saint Laurent) purse.

14         52.    Both TFO Tangeman and I are aware from training and experience that when

15  pimps recruit victims into a life of prostitution on social media they will often display or

16  send the girls they are recruiting images of large amounts of cash, designer cloths, and

17  high-end cars as a coercive recruitment tactic. TFO Tangeman also knows from training

18  and experience that pimps will also have other victims that work for them, sometimes

19  referred to by the pimp as the "bottom bitch," recruit victims for them on social media and

20  have them use similar recruitment tactics.

21         53.    "Snow" continued to send additional text messages to "Niki" regarding

22  Shorack and what she would be doing if she came to Seattle, including the following:

23     • "Ike is one of the best on the west coast. We love it so much! And it's so fun! And
24       our lives are changing."

25     • When TFO Tangeman asked whether Shorack beat his girls, Snow replied "Nah
26       Seattle is great. And Ike to playa for that shit." TFO Tangeman replied by asking
         what Snow meant by "to playa." Snow replied, "Like he's a real p. Don't beat on
27       no one. Just elevate."

28

Complaint- 24
*United States v. Shorack* / 2021R01344

- When TFO Tangeman asked whether it was hard to do "dates" when she first started, "Snow" replied: "Eh the first 2. Mainly because you nervous. After that it's fun! & all your wifeys are fun. Ike super picky too: so the fact he something in you is pretty special."

- When TFO Tangeman asked whether "Snow" really recommended having her come to work for Shorack, "Snow" replied: "Girls what! You the perfect story that this game looks for. We all have fucked up childhoods and stuff. But Ike really put us in game and changed our lives. You just gotta fly up here and meet the team."

- "Snow" did not immediately answer when TFO Tangeman asked how much of her prostitution earnings she would get to keep. When prompted again by TFO Tangeman, "Snow" replied: "It's hard when we talk about the trap [referring to money], but I does it in a really good way. But all the girls on his team give him everything at the end of the night. But he opens up bank accounts for us and gives us a weekly allowance, that we don't touch any of that money for. As well as we have a debit card that he let us use and we get anything and everything that we need."

- When TFO Tangeman asked how many dates she would have to do, "Snow" replied: "He don't set a standard. We just stay down with a good attitude! & he bring us in at a decent time."

54. After talking with "Snow," TFO Tangeman texted Shorack and told him that she had talked to "Snow." Shorack replied: "Hahah she's dope. She's been with me the longest. But that's 1 of 7." Based on my training and experience, I interpreted this to mean that "Snow" was one of seven women working in prostitution for Shorack.

55. Starting in the early morning hours of January 31, 2022, Shorack continued to send TFO Tangeman text messages about booking a ticket for "Niki" to come to Seattle. At one point during the day, Shorack sent a message stating that he was going to book a flight for the next night and asking for "Niki"'s full name and date of birth. TFO Tangeman responded with the following name and date of birth from the fake identification card: "Nicole Anne Gomez 1/5/2004." When Shorack asked if that was her real birthdate, TFO Tangeman responded that it was her "18 yr old" fake identification and that she also had a fake identification that said she was 22. TFO Tangeman then stated: "My real date

1  of birth is 1/5/2005," which would make "Niki" 17 years and 26 days old.  This was the

2  third time in the previous two days that TFO Tangeman informed Shorack that "Niki" was

3  seventeen years old.

4      56.    Shorack and TFO Tangeman continued to send text messages about "Niki"

5  flying to Seattle throughout the day.  TFO Tangeman then made several unsuccessful

6  attempts to call Shorack on the telephone.  On January 31, 2022, at approximately 6:51

7  p.m., Shorack called the CHS from 206-696-4026.  The call was recorded and monitored

8  by TFO Tangeman.

9      57.    Shorack told the CHS that "Snow" had just called him.  Shorack went on to

10  say that Snow is in Houston right now and she (Snow) said the CHS would be "fine."

11  Snow is "playing the blade" in Houston by herself, because some of the girls like to travel

12  to other places to make some money.  Snow asked Shorack if he wanted her to come back

13  and he told Snow that if she "had good numbers" this weekend, "sure," but if not they

14  (CHS and Snow) can always Facetime or video chat.  Shorack said that Snow had a lot of

15  "game" and that both Snow and his other girls would show the CHS how to do things, and

16  that "all" these girls "in the game" are "reflections of me."  Shorack stated the other girls

17  want to meet the CHS also.

18      58.    Shorack told the CHS it was hard to think of the game as "empowering

19  women," but that how he thinks of it.  The CHS stated the way she sees it, people have sex

20  for free, that's a normal thing.  Shorack replied, "exactly" and "why not get paid for it."

21  The CHS told Shorack she was excited to meet everyone because if everyone has this

22  mindset, she is going to learn a lot and they are going to make so much money.  Shorack

23  replied it was going to be good.

24      59.    The CHS then asked Shorack if she could come to Seattle on Wednesday

25  instead of Tuesday so that she could keep a commitment with a friend.  Shorack replied

26  yes, but noted that he has been in this game long enough to know that whenever things like

27  this transpire and there is a delay, it may not happen.  Shorack stated he has seen it with

28  girls who are really good at making you think they're ready to go, but then they are never

Complaint- 26
United States v. Shorack / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 ready to go. Shorack told the CHS that he was going to "keep it 100" with her, and if she

2 switched up the date of her flight again, it was going to be on her to come out and show

3 him that she wants to come. Shorack stated he is ready to pay her flight, but he only pays

4 for the people he likes. Shorack stated that normally if a girl wanted to "choose up" and be

5 around him, the girl had to find their own way to him. Shorack stated that if he felt like it

6 is a good thing, he would "invest." Shorack further said that while he is not "huge," he is

7 fairly well known on the West Coast. He stated that when girls see lobster dinners, pretty

8 girls, and Lamborghinis they want to be a part of what he has going on. Shorack said that

9 he doesn't let just anyone be part of his life, and girls who want to do so have to show they

10 have potential. Shorack stated the CHS's personality on the phone and her story has

11 intrigued him and he wants to see what she can do. The CHS replied, stating she

12 understood it was a once in a lifetime opportunity and she was not going to change things

13 up and they would see each other on Wednesday.

14      60.      The CHS asked Shorack how she was supposed to figure out what to charge.

15 When Shorack asked if she was talking about how to talk to "tricks," the CHS clarified she

16 wanted to know how to charge them. Shorack replied "that's all good." Shorack then told

17 the CHS that one of his girls, who was working, was calling him and that he would call the

18 CHS back.

19      61.      Shorack called the CHS back a short time later. TFO Tangeman monitored

20 and recorded that call. During the call, Shorack apologized to the CHS for hanging up,

21 explaining that he was dealing with some other stuff. Shorack told the CHS he wanted to

22 answer all her questions. With regards to how the CHS would learn how to make the

23 money "on it," Shorack stated "they" (meaning he and his girls) would teach the CHS that.

24 Shorack told the CHS that when she came in, she would be put up at a nice "spot."

25 Shorack stated he and the CHS would "ride the blade" together to get acclimated with each

26 other, and then he would let the CHS hang out with the girls. Shorack stated that they

27 would tell the CHS about doing "hundred dollar dates" here, "two hundred dates here."

28 Shorack stated sometimes the "trick doesn't even want to fuck, he just wants

Complaint- 27
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conversation." Shorack told the CHS some of those tricks are the best tricks, because the girls can get like $500 just to sit in a room and talk to the dude and make him feel good. Shorack told the CHS he could sit on the phone and tell her a lot of that, but they have a "saying in the game" that it's "caught more than it's taught." Shorack told the CHS she just had to get here and be around it and she would understand. Shorack told the CHS she would think it was a piece of cake, then she would "touch the money" and never want to go back home to Colorado.

62.     The CHS stated that made her feel better and said she was worried about being by herself. Shorack responded that she would not be by herself and that five or six of his girls travel by Uber together every day. Shorack told the CHS he would make sure the CHS was coached and that she would have all the knowledge, as well as all the girls around her. Shorack told the CHS that he intended to partner her with one of his girls. Shorack told the CHS the name of this girl, which was the same first name as L.P. Shorack said that L.P. was excited to meet the CHS, and that L.P. and the CHS would share a room, a room key, and condoms.

63.     The CHS then asked about "anal," referring to anal sex. The CHS told Shorack that she had never done it, but she was not against it and wanted to learn about it more. Shorack stated that "that," referring to anal sex, is something that they may or may not get to in the future. Shorack told the CHS that anal was always an option if a trick offered $500 or $1,000, but the CHS did not have to worry about that. Shorack stated he has only had one girl do anal, approximately in the last six months. Shorack told the CHS she has the right to tell the trick she does not do anal. Shorack then mimicked a sex buyer, saying that if the CHS declined to do anal sex, the sex buyer would then ask "is your pussy good? . . . boom." The CHS clarified that she could say "no" to some things (meaning sex acts) and Shorack replied that she could and that "they" want to make sure she is safe, since "That's how I roll."

64.     Shorack said that the CHS is a lot like him and referred to himself as the CHS's "daddy."   He then clarified that he was not the CHS's "daddy" yet, but he hoped to

1    be.  I am aware from my training and experience that pimps often require their victims to

2    refer to them as "daddy."  Shorack and the CHS then discussed logistics of when he could

3    fly her in.   He said that he would book the flight for Tuesday or Wednesday and would

4    send her a screen shot of the boarding pass.

5            65.    The next day, February 1, 2022, Shorack sent TFO Tangeman a text message

6    at 8:38 a.m. saying "good morning!"  Shorack and TFO Tangeman continued to text

7    throughout the day.   At one point Shorack sent TFO Tangeman a text stating "I'm flying

8    you out tomorrow morning?"  TFO Tangeman replied, "Yay" and asked if it was okay to

9    bring one checked bag with clothes and a carryon.  Shorack replied "Yeah that's perfect.

10   Cute clothes; heels if you have em, make up.  Whatever you think you need for a week or

11   2."

12           66.    Later that day, at approximately 3:28 p.m., TFO Tangeman sent Shorack a

13   text message stating that a friend was willing to take her to the airport but wanted to know

14   what time that would be.  Shorack replied that she would need to be there around noon and

15   said that he was "booking now."  After not hearing anything from Shorack for

16   approximately fifty minutes, TFO Tangeman sent Shorack a text asking "Did you book

17   it???"  Shorack replied by stating he was sending over the "stuff" now.  Shorack then tried

18   to call TFO Tangeman, who did not answer but instead sent him a text that he couldn't talk

19   at the moment.  Shorack then sent a text asking "Denver airport?"

20           67.    TFO Tangeman then directed the CHS make a call to Shorack.  The call was

21   recorded and monitored in real time.  During the call, Shorack said he wanted to confirm

22   that he had booked the flight out of the right airport and asked if it was the Denver airport.

23   The CHS told Shorack that it was "DIA."  Shorack stated he was going to send the CHS a

24   screenshot of her boarding pass in about five minutes and said it would be a later flight.

25   Shorack stated it would be a 2:30 p.m. flight that landed around 4:30 p.m., and to call him

26   if he had any questions.

27           68.    Later that day, at 8:36 p.m., TFO Tangeman received a MMS message from

28   Shorack that contained an image of an Alaska Airlines boarding pass for Flight 642,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    departing Denver on February 2, 2022 at 2:55 p.m. and arriving in Seattle later that day at
2    4:49 p.m.  The passenger listed on the boarding pass was "Nicole Gomez," which was the
3    false name that TFO Tangeman had provided to Shorack.  He also received a second
4    screenshot of the booking confirmation.  The flight confirmation code was ZMGRUK.  No
5    purchaser name or account information was visible on this image.  After receiving the
6    boarding pass, TFO Tangeman sent Shorack a text that stated, "OMG im so excited I cant
7    wait to see you."  Shorack replied "I'm hella excited."  After TFO Tangeman asked if he
8    was going to let him ride in his "Lambo," Shorack replied "Of course haha."  Shorack told
9    TFO Tangeman to go to the baggage claim when he arrived.

10          69.    Shorack and TFO Tangeman continued to text throughout February 2, 2022,
11   the day of the scheduled flight.  When TFO Tangeman sent a text message that he was
12   leaving for the airport, Shorack replied:

13                "For sure:)
                  When you get here; I'll pick you up
14                Drive around the city; get food.
15                And then put you in a hotel.
                  You'll probably meet the girls tonight
16                And we'll make a game plan for tomorrow.
17

18          70.    TFO Tangeman continued to send Shorack updates of his flight status.  In an
19   effort to identify what type of car Shorack would be driving, TFO Shorack asked him if he
20   was meeting me at the baggage claim or if I needed to look for the "lambo."  Shorack
21   replied: "Haha it might be one of my other cars haha but you'll walk out from baggage
22   claim & I'll probs be in my white Cadillac."  After TFO Tangeman sent a text advising that
23   he was seated on the plane, Shorack replied "Safe travels!  So excited to meet you.  Proud
24   of your courage to try something new."

25          71.    Prior to this, beginning at approximately 8:00 a.m. earlier that day, law
26   enforcement had established surveillance at a residence in north Seattle and confirmed the
27   presence of a black Dodge Charger with license plate CAP 0196, which was registered to
28

Complaint- 30
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Isaac Shorack.  Surveillance was maintained on Shorack throughout the duration of the
2   day.

3       72.    On February 2, 2022, prior to Flight 642's scheduled arrival at Seattle-
4   Tacoma International Airport, surveillance observed Shorack depart from his residence in
5   the black Dodge Charger and travel directly the airport.

6       73.    At 6:26 p.m., I informed TFO Tangeman that Flight 642 had landed in
7   Seattle and that the passengers were exiting the plane.  TFO Tangeman then sent a text to
8   Shorack letting him know that he had arrived.  At 6:29 p.m., Shorack sent a text that he
9   was close but that traffic was horrible.  TFO Tangeman asked if Shorack would be in the
10  white Cadillac and he replied in the affirmative.

11      74.    At 6:36 p.m., TFO Tangeman directed the CHS to call Shorack.  The call was
12  recorded and monitored in real time. During the call, the CHS told Shorack she was headed
13  toward him and confirmed he was going to meet her at baggage claim.  Shorack gave the
14  CHS specific instructions on where to go to meet him.  He stated that from Alaska Airlines
15  she would be able to walk to the carousel where her bag would come off the plane.
16  Shorack stated there would be sliding glass doors leading out to where the passenger pick
17  up is located and that he should be there in a little bit.  He talked about how the traffic was
18  moving a little slow and said he was ten to fifteen minutes away and told her where she
19  could wait for him.  Shorack then asked the CHS if she was law enforcement or affiliated
20  with law enforcement.  The CHS stated no, and Shorack replied that he just always has to
21  ask because you never know.  Shorack stated that "someone" told him to be careful,
22  indicating that he may have talked to another person about Niki.

23      75.    The CHS told Shorack that she felt like she need to ask him if he was law
24  enforcement.  Shorack stated no and went on to explain to the CHS that there were other
25  things at play that are super dangerous to him if she was law enforcement.  Shorack stated
26  he definitely was not law enforcement and was "legit."  He stated he had to make sure he
27  was playing it safe for himself.  Shorack stated he never had to ask for himself but that he
28

Complaint- 31
*United States v. Shorack* / 2021R01344

1  was excited about how she (the CHS) came to Seattle and wanted to make sure he was
2  being extra cautious, which one day the CHS would appreciate.

3      76.    On February 2, 2022, at approximately 6:55 p.m., Shorack stated he was
4  coming up to baggage claim.  TFO Tangeman told him he was inside by door number 10
5  Shorack then tried to call TFO Tangeman, but he did not answer.  Shorack then sent TFO
6  Tangeman a text that stated "Gotcha" in response to TFO Tangeman telling him he was at
7  door number 10.

8      77.    When Shorack arrived at passenger pickup for Alaska flights, he was
9  contacted by a Seattle Port Authority (SPA) marked unit and taken into custody without
10  incident.  SPA officers observed Shorack holding a phone and placing it inside the driver's
11  side door.  SA Ben Williamson recovered the phone from the door and provided it to SA
12  Butler.

13      78.    I informed TFO Tangeman Shorack's phone was recovered and requested he
14  make a controlled call to it using the undercover phone that he used to communicate with
15  Shorack on during this investigation.  At approximately 7:04 p.m., TFO Tangeman made a
16  call from his UC phone (720-310-3884) to 206-696-4026.  When TFO Tangeman made the
17  call, I observed the phone receiving an incoming call from a contact identified "Niki," thus
18  confirming Shorack was in possession of the phone that was used to recruit "Niki," whom
19  he believed to be a seventeen-year-old female, to work for him as a prostitute and he would
20  act as her pimp.

21      79.    At approximately 7:05 p.m., TFO Tangmena sent a message that stated "test"
22  to the "iketurrnher" Instagram account from the "niki303g" Instagram account.  I did not
23  observe an incoming banner on the phone.  A few minutes later, TFO Tangeman called the
24  iketurrnher Instagram account from the niki303g Instagram account.  I observed that the
25  phone was receiving an Instagram call from "Brooke."  TFO Tangeman informed me that
26  "Brooke" was the user name associated with the undercover "niki303g" Instagram account
27  at that time.  This confirmed that Shorack was in possession of the phone that was linked to
28  the iketurrnher Instagram account, which was used to recruit "Niki," whom he believed to

1    be a seventeen-year-old female, to work for him as a prostitute and he would act as her

2    pimp.

3            80.      SA Hippe and I attempted to interview Shorack who, after being read his

4    *Miranda* rights, stated that he would like to talk to his lawyer prior to speaking with law

5    enforcement. The interview ceased and Shorack was transported to the federal detention

6    center.

7

8

9                                                ROBERT SPIVEY, Complainant
                                                Special Agent, Federal Bureau of
10                                               Investigation

11

12          Based on the Complaint and Affidavit sworn to before me,  the Court hereby finds

13    that there is probable cause to believe the Defendant committed the offenses set forth in the

14    Complaint.

15          Dated this 3rd day of February, 2022.

16

17

18                                               The Honorable MARY ALICE THEILER
19                                               United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Complaint- 33
*United States v. Shorack* / 2021R01344

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970